TOWNSHIP OF PISCATAWAY, A MUNICIPAL CORPORA-
TION, PROSECUTOR-APPELLANT, v. STATE BOARD OF
TAX APPEALS, DEFENDANT-RESPONDENT.

Submitted October 29, 1943—Decided January 27, 1944.

For the appellant, *Maurice M. Bernstein.*

For the respondent, *Fred W. DeVoe.*

PER CURIAM.

The Township of Piscataway appeals from a judgment of
the Supreme Court exempting from taxation the house, used
as a residence, by the president of Rutgers University. The
court below found as a fact "that any use made of the house
in question other than what is purely residential is exclusively
incidental to the administrative conduct of the university as
an educational institution." This finding of fact in the
Supreme Court, based upon legal evidence, is binding upon
this court.

The judgment under appeal is affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
BODINE, DONGES, HEHER, COLIE, DEAR, WELLS, RAFFERTY,
HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.